IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| DONALDO GALVIS RODRIGUEZ, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-cv-239 (WLS-ALS) |
| | * | |
| WARDEN, IRWIN COUNTY DETENTION CENTER, et al., | * | |
| Respondents. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated October 20, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk